IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STAR HOMES ENTERPRISES LLC,

   Plaintiff,

    v.

CATO RALPH ROLAND, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-1380-TWT

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the case to the Magistrate Court of Gwinnett County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Gwinnett County.

SO ORDERED, this 19 day of May, 2017.

                                        /s/Thomas W. Thrash
                                        THOMAS W. THRASH, JR.
                                        United States District Judge